**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Nancy Kutz            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 21-10048 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of HSBC Bank USA, National Association, as Trustee for Carrington Mortgage Loan Trust, Series 2007-HE1 Asset-Backed Pass-Through Certificates and index same on the master mailing list.

Respectfully submitted,



Rebecca Solarz
12 Jan 2021, 16:48:05, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 8a2ccd4c606c74f2b36272aee9417ac16213429305de24dc9c573931f70105e1