**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Nancy Kutz,** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | **Bky. No. 21-10048 PMM** |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Extend Stay (doc. no. 10, the "Motion");

**AND** the Debtor's prior bankruptcy case having been dismissed within the prior year, see case no. 18-15867 (dismissed on March 9, 2020);

**AND** the Debtor having filed this bankruptcy case on January 7, 2021 which was more than 30 days prior to the hearing on this matter, see 11 U.S.C. 362(c)(3);

**AND** the automatic stay having already terminated;

It is hereby **ORDERED** that the Motion is **DENIED AS MOOT**. The automatic stay has terminated with regard to the Debtor but remains in place with regard to property of the estate. See In re Williams, 346 B.R. 361, 367 (Bankr. E.D. Pa. 2006).

**Date: February 9, 2021**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**