United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-10048-pmm |
| Nancy Kutz | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 09, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2021:**

**Recip ID        Recipient Name and Address**
db            + Nancy Kutz, 160 Spring Street, Easton, PA 18042-6181

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2021            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2021 at the address(es) listed below:

**Name                Email Address**

PAUL H. YOUNG
    on behalf of Debtor Nancy Kutz support@ymalaw.com
    ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com

REBECCA ANN SOLARZ
    on behalf of Creditor HSBC Bank USA  National Association, as Trustee for Carrington Mortgage Loan Trust, Series 2007-HE1 Asset-Backed Pass-Through Certificates bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: Nancy Kutz,** | : | **Chapter 13** |
| | : | |
| Debtor | : | **Bky. No. 21-10048 PMM** |

# O R D E R

**AND NOW,** upon consideration of the Debtor's Motion to Extend Stay (doc. no. 10, the "Motion");

**AND** the Debtor's prior bankruptcy case having been dismissed within the prior year, see case no. 18-15867 (dismissed on March 9, 2020);

**AND** the Debtor having filed this bankruptcy case on January 7, 2021 which was more than 30 days prior to the hearing on this matter, see 11 U.S.C. 362(c)(3);

**AND** the automatic stay having already terminated;

It is hereby **ORDERED** that the Motion is **DENIED AS MOOT**. The automatic stay has terminated with regard to the Debtor but remains in place with regard to property of the estate. See In re Williams, 346 B.R. 361, 367 (Bankr. E.D. Pa. 2006).

**Date: February 9, 2021**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**