| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 21-10048-PMM**

Nancy Kutz
160 Spring Street
Easton  PA    18042

Petition Filed Date: 01/07/2021
341 Hearing Date: 03/09/2021
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/09/2021 | $400.00 | 19175635715 | | | | | | |

**Total Receipts for the Period:  $400.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | WILSON AREA SCHOOL DISTRICT<br>»»  004 | Secured Creditors | $3,529.59 | $0.00 | $0.00 |
| 2 | SANTANDER CONSUMER USA<br>»»  001 | Unsecured Creditors | $11,372.38 | $0.00 | $0.00 |
| 3 | CARRINGTON MORTGAGE SERVICES LLC<br>»»  002 | Mortgage Arrears | $118,054.31 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  003 | Unsecured Creditors | $4,399.53 | $0.00 | $0.00 |

**Chapter 13 Case No. 21-10048-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $400.00 | Current Monthly Payment: | $400.00 |
| Paid to Claims: | $0.00 | Arrearages: | $1,600.00 |
| Paid to Trustee: | $28.00 | Total Plan Base: | $24,000.00 |
| Funds on Hand: | $372.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.